■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL HENDERSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Silverman, J.), rendered May 18, 1990, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.